1325; 5 R. C. L. Supp. p. 1242; 6 R. C. L. Supp. p. 1373. (5) 9 C. J. p. 1216. §109; 21 C. J. p. 172, §151; p. 180, §162; 10 R. C. L. p. 393; 2 R. C. L. Supp. p. 1009; 4 R. C. L. Supp. p. 664; 5 R. C. L. Supp. p. 553; 6 R. C. L. Supp. p. 610. (6) 27 Cyc. pp. 1425, 1426, 1428. (7) 21 C. J. p. 134, §117, p. 138. §119: 10 R. C. L. p. 370; 2 R. C. L. Supp. 1007; 4 R. C. L. Supp. p. 663; 5 R. C. L. Supp. p. 552; 6 R. C. L. Supp. p. 609.

---

### COKER et al. v. MEADORS.

No. 17051. Opinion Filed July 26, 1927.

(Syllabus.)

**Guardian and Ward—Validity of Sale of Real Estate—Syllabus Adopted.**

The syllabus in Coker et al. v. Howard, 122 Okla. 12, 250 Pac. 130, is hereby referred to and adopted as the syllabus in this case.

Error from District Court, Hughes County; Geo. C. Crump, Judge.

Action between W. T. Meadors and Cheparney Coker and another. From the judgment, the latter bring error. Affirmed.

Orr & Woodford and Norvell & Haulsee, for plaintiffs in error.

Anglin & Stevenson, for defendant in error.

HUNT, J. This is an appeal from the district court of Hughes county, being a companion case to No. 17052, wherein the identical question presented here was involved. Both cases were tried at the same time in the district court of Hughes county, and based entirely upon the same state of facts. Case No. 17052, Cheparney Coker and Eliza Coker v. R. H. Howard, was decided by this court on October 26, 1926, and has now become final, being reported in 122 Okla. 12, 250 Pac. 130. The opinion of this court in said cause is decisive of all questions involved herein, and this cause is therefore affirmed on the authority of that case, and the syllabus announced therein on the questions of law involved is hereby adopted as the syllabus in this cause.

All the Justices concur.